UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ERIK JOHNSON, a resident of the State of Illinois, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:16-cv-04094-SLD-JEH ) |
| SURFACERS, INC. an Iowa corporation, | ) ) ) ) |
| Defendant. | ) |

JOINT MOTION FOR ORDER APPROVING
SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Plaintiff ERIK JOHNSON ("Johnson") and Defendant SURFACERS, INC. ("Surfacers") (collectively, the "Parties"), through their undersigned counsel, pursuant to Rule 7 of the Federal Rules of Civil Procedure, respectfully jointly move the Court to:

(1) conduct a review of the proposed Settlement Agreement and Release ("Settlement Agreement") which the parties have filed with the Court;

(2) enter an order approving the Settlement Agreement entered into between the Parties;

(3) dismiss this case with prejudice; and

(4) retain jurisdiction over this matter to enforce the terms of the Parties' Settlement Agreement.

A copy of the Proposed Order has been attached as Exhibit A.

**WHEREFORE**, the Parties hereby request that this Court grant this Motion and enter the proposed Order approving the Settlement Agreements and dismissing this action with prejudice.

| Erik Johnson, Plaintiff | Surfacers Inc., Defendant |
|---|---|
| /s/ Heather L. Carlson<br>By:_____<br>Heather L. Carlson<br>For:  McDonald, Woodward & Carlson, P.C. | /s/ Sigrid U. Zaehringer<br>By: _____<br>Sigrid U. Zaehringer<br>For:  Califf & Harper, P.C. |
| Heather L. Carlson<br>McDonald, Woodward & Carlson, P.C.<br>3432 Jersey Ridge Road<br>Davenport, IA 52807<br>Telephone:    (563) 355-6478<br>Email:          hcarlson@mwilawyers.com | Sigrid U. Zaehringer<br>Arthur W. Eggers<br>CALIFF & HARPER, P.C.<br>506 15th Street, Suite 600<br>Moline, IL 61265<br>Telephone:    (309) 764-8300<br>Email:          szaehringer@califf.com<br>                    aeggers@califf.com |