E-FILED
Monday, 13 June, 2016  02:28:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ERIK JOHNSON, a resident of the State of Illinois, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:16-cv-04094-SLD-JEH ) |
| SURFACERS, INC., an Iowa corporation, | ) ) ) ) |
| Defendant. | ) |

ORDER FOR APPROVAL OF SETTLEMENT
AGREEMENT AND DISMISSAL WITH PREJUDICE

This matter is before the Court upon the Joint Motion for Order Approving Settlement Agreement and Dismissal With Prejudice ("Joint Motion") of the Parties for the approval of their settlement of this dispute.

The Court acknowledges that this Order is a judicial approval of a reasonable compromise, not a finding, conclusion, or reflection of any admission of a violation of the Fair Labor Standards Act, willful, intentional, or otherwise.

The Court has reviewed the parties' Joint Motion and their Settlement Agreement.

The Court is of the opinion that there is a *bona fide* disputes over application of the relevant provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*

In light of this *bona fide* dispute, the Court FINDS that the parties' Settlement Agreements reflects a fair and reasonable resolution of this *bona fide* dispute.  Consequently, the Court ORDERS as follows:

1. The Court GRANTS the parties' Joint Motion.

2. The Court APPROVES the form of the Settlement Agreement.

3. The Court APPROVES the monetary distribution as set forth in the Settlement Agreement and ORDERS Surfacers to make payments accordingly.

4. This case is hereby DISMISSED WITH PREJUDICE with each party to bear his, her or its own expenses and attorneys' fees as provided in the Settlement Agreements.

5. The Court RETAINS JURISDICTION over this matter for the purposes of enforcing the terms of the Parties' Settlement Agreements.

DONE and ORDERED this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE