**E-FILED**
Tuesday, 06 December, 2016  02:18:55 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| ERIK JOHNSON, a resident of the<br>State of Illinois, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:16-cv-04094-SLD-JEH |
| | ) | |
| SURFACERS, INC.<br>an Iowa corporation, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

AMENDED JOINT MOTION FOR ORDER APPROVING
SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Following the issuance of this Court's Order on November 23, 2016, Plaintiff ERIK JOHNSON ("Johnson") and Defendant SURFACERS, INC. ("Surfacers") (collectively, the "Parties"), through their undersigned counsel, pursuant to Rule 7 of the Federal Rules of Civil Procedure, respectfully jointly move the Court to:

(1)     conduct a review of the proposed Settlement Agreement and Release ("Settlement Agreement") along with the Amended Memorandum in Support of Joint Motion for Order Approving Settlement Agreement and Dismissal With Prejudice and supporting documents, which is filed concurrently with this Motion;

(2)     enter an order approving the Settlement Agreement entered into between the Parties; and

(3)     dismiss this case with prejudice.

A copy of the Proposed Order has been attached as Exhibit A.

**WHEREFORE**, the Parties hereby request that this Court grant this Motion and enter the proposed Order approving the Settlement Agreements and dismissing this action with prejudice.

1

Erik Johnson, Plaintiff                                    Surfacers Inc., Defendant


         /s/ Heather L. Carlson                                    /s/ Sigrid U. Zaehringer
By:_____                          By: _____
Heather L. Carlson                                         Sigrid U. Zaehringer
For:  McDonald, Woodward & Carlson, P.C.       For:  Califf & Harper, P.C.


Heather L. Carlson                                         Sigrid U. Zaehringer
McDonald, Woodward & Carlson, P.C.               Arthur W. Eggers
3432 Jersey Ridge Road                                  CALIFF & HARPER, P.C.
Davenport, IA 52807                                       506 15th Street, Suite 600
Telephone:     (563) 355-6478                          Moline, IL 61265
Email:         hcarlson@mwilawyers.com          Telephone:     (309) 764-8300
                                                                Email:         szaehringer@califf.com
                                                                               aeggers@califf.com

## CERTIFICATE OF SERVICE

I hereby certify on December 6, 2016 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Heather L. Carlson
    McDonald, Woodward & Carlson, P.C.
    3432 Jersey Ridge Road
    Davenport, IA 52807
    Telephone:    (563) 355-6478
    Email:        hcarlson@mwilawyers.com

and I hereby certify I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    None.

                    By:    /s/ Sigrid U. Zaehringer
                          Sigrid U. Zaehringer
                    For:    Califf & Harper, P.C.

Sigrid U. Zaehringer
Califf & Harper, P.C.
506 15th Street, Suite 600
Moline, Illinois 61265
Telephone: 309-764-8300
Facsimile: 309-764-8394
Email: szaehringer@califf.com
suz:pld:605